UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER ALLEMAN,
INDIVIDUALLY AND AS THE
ADMINISTRATOR OF THE ESTATE OF
NICOLE ALLEMAN AND
ON BEHALF OF HIS SON, AUSTIN ALLEMAN

CIVIL ACTION

NUMBER: 08-399-FJP-DLD

VERSUS

JOSEPH FLINT, ET AL

## JUDGMENT

This matter came for review on December 4, 2008 regarding defendant, Great West Casualty Company's, Motion for Summary Judgment by Judge Frank J. Polozola. After reviewing the law and the evidence;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment is **GRANTED** and all claims of plaintiff against Great West Casualty Company are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs be paid by plaintiffs.

Thus done, read and passed in _____, Louisiana this __6__ day of ___Jan___, ~~2008~~ 2009.

_____
DISTRICT JUDGE